IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KERINTON WILLIAMS, § <br> § <br> Plaintiff, § <br> vs. § <br> § <br> SANTANDER CONSUMER § <br> USA HOLDINGS INC. and § <br> CHRYSLER CAPITAL, § <br> § <br> Defendants. § | Civil Action No. 3:21-CV-3176-D |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge (ECF No. 50) are correct, and they are adopted as the findings and conclusions of the court.

Accordingly, plaintiff's motion for default judgment (ECF No. 47-1) is denied.

**SO ORDERED**.

August 19, 2022.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE